**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kevin Michael HANSON, Defendant–Appellant.**

No. 05–51306

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 20, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Christopher Allen Antcliff, Stanton & Antcliff, El Paso, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Kevin Michael Hanson has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hanson has filed a response to counsel's motion. Our independent review of counsel's brief, Hanson's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Hanson's motion for the appointment of a new attorney and to set a briefing schedule is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

